IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. BERNARD HOUSING RECOVERY
& DEVELOPMENT CORPORATION, INC., et al.,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, et al.,

Defendants.

Case: 1:07-cv-02231
Assigned To : Roberts, Richard W.
Assign. Date : 12/11/2007
Description: TRO/PI

**MOTION FOR ADMISSION *PRO HAC VICE*
OF SAUL A. SCHAPIRO**

Plaintiffs, by their local attorneys, Pepper Hamilton LLP, moves for the admission *pro hac vice* of Saul A. Shapiro ("Petitioner") pursuant to Rule 83.2(d) of the Local Civil Rules of this Court. In support of its Motion, Plaintiffs state as follows:

1. Petitioner is a principal with the law firm of Rosenberg & Shapiro, P.C., 44 School Street, Boston, Massachusetts 02103.

2. Petitioner is and has since 1972 been a member in good standing of the Massachusetts State Bar and the Bar of the United States District Court for the District of Massachusetts.

3. Petitioner does not wish to be admitted to the District of Columbia Bar generally, but for the purpose of representing the Plaintiffs in this case only.

4. Petitioner is familiar with the law, facts and procedures relating to the subject matter of this litigation.

5. Charles H. Carpenter and William J. Bethune of Pepper Hamilton, LLP, 600 Fourteenth Street, N.W., Suite 500, Washington, DC 2005-2004, are local counsel of record for Plaintiff and will remain so. Charles H. Carpenter and William J. Bethune are members in good standing of the bar of this Court.

6. Pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, and in further support of this Motion, Petitioner's Declaration is attached hereto.

**WHEREFORE**, Plaintiffs pray for entry of an order (a) granting its Motion for Admission of Saul A. Shapiro *pro hac vice*; and (b) allowing Petitioner to appear of record as co-counsel and practice *pro hac vice* before this Court.

Respectfully Submitted,

_____
Charles H. Carpenter (D.C. Bar #432004)
William J. Bethune (D.C. Bar # 66696)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1203
Facsimile: (202) 478-2118

December 11, 2007

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. BERNARD HOUSING RECOVERY & DEVELOPMENT CORPORATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., <br><br> Defendants. | Civil Action No. _____ |

## DECLARATION OF SAUL A. SCHAPIRO

I, Saul A. Schapiro, make this Declaration pursuant to Local Civil Rule 83.2(d) and hereby affirm as follows:

1. My full name is Saul Abraham Schapiro

2. I practice law as a principal of the firm of Rosenberg & Schapiro, P.C. located at 44 School Street, Boston, Massachusetts, 02108. My office telephone number is (617) 723-7440.

3. I have been a member of the Massachusetts Bar and the Bar of the United States District Court for the District of Massachusetts since 1972. I am also admitted to the Bar of the United States Court of Appeals for the First Circuit, the United States Tax Court, and the Supreme Court of the United States.

4. I have never been disciplined by any bar.

5. I have not previously been admitted *pro hac vice* to the Bar of the United States District Court for the District of Columbia.

-2-

    I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2007.

                                                  _____
                                                Saul A. Schapiro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ST. BERNARD HOUSING RECOVERY
& DEVELOPMENT CORPORATION, INC., et al.,

    Plaintiffs,

  v.            Civil Action No. _____

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, et al.,

    Defendants.

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF SAUL A. SCHAPIRO

Upon the Motion of Plaintiffs through their local counsel, Pepper Hamilton LLP, and there appearing to be good cause for granting same

IT IS ORDERED that Saul A. Schapiro of the law firm of Rosenberg & Schapiro, P.C. is granted admission to the bar of this Court *pro hac vice* for the purposes of the aforementioned case only.

Granted this .......... day of ...................., 2007.

            _____
            United States District Judge

Copies To:

Clerk, United States District Court    Pepper Hamilton LLP
 For The District of Columbia      600 Fourteenth Street, N.W.
                  Washington, DC 20005