IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    :
ST. BERNARD HOUSING RECOVERY                        :
& DEVELOPMENT CORPORATION, Inc., et al.,            :
                                                    :
    Plaintiffs,                  :
                                                    :
    v.                            :        Civil Action No.
                                                    :        1:07-cv-02231
U. S DEPARTMENT OF HOUSING                           :
AND URBAN DEVELOPMENT, et al.,                       :
                                                    :
    Defendants.                   :
_____:

**OPPOSITION TO RELATED CASE NOTICE**

    Pursuant to Local Civil Rule 40.5, Plaintiffs file this Opposition to the Notice of Related Case (Docket No. 5) filed by Defendants United States Department of Housing and Urban Development, Secretary Alphonso Jackson, and Assistant Secretary Orlando Cabrera.

    First, the definition of related civil cases, as set forth in Local Rule 40.5(a)(3), requires, at a minimum, that the earliest filed case "is still pending on the merits in the District Court."  Upon a finding that two cases pending in this Court are related, the Calendar Committee may reassign the later-filed case to the judge presiding in the earlier-filed case, LCivR 40.5(c)(2), or may refer two or more cases assigned to different judges to a single judge for a specific purpose, LCivR 40.5(e).  Alternatively, motions to consolidate the related cases "assigned to different judges of this court" shall be decided by the judge to whom the earliest-filed case is assigned.  There is no provision in Rule 40 for transfer of cases to other districts.

    Second, the case identified in the Notice, *Anderson v. Jackson*, No. 06-3298 (E.D. La.), is not "related" to this case on the facts or on the issues, nor are the Plaintiffs in *Anderson* the same

or in privity with the Plaintiffs in this action, such that rulings in *Anderson* would have preclusive effect in this action.

*Anderson* had different party plaintiffs – indeed, none of the plaintiffs in that case were residents of St. Bernard.  There was a class allegation in *Anderson*, but no class was ever certified in that case.  For this reason alone, there are no issues of collateral estoppel or issue preclusion presented here.  There are other reasons for disregarding the notice, moreover.

While the question of demolition of St. Bernard was discussed in *Anderson* (any claims related thereto have been dismissed) the cases are fundamentally different.  *Anderson* involved the asserted right of all public housing tenants in New Orleans to return to their homes.[1]  The claims were primarily based on issues of HUD's responsibility under the Fair Housing Laws, and the purported discriminatory motive and/or impact of actions of HUD and HANO in regard to these tenants.  The tenants also raised issues of whether or not the leases they had with HUD and HANO required these entities to rebuild their apartments.  Insofar as the issue of demolition was raised, it was raised in the context of preserving the tenants' rights to return to their previous homes.  HUD and HANO successfully defended that case saying, *inter alia*, that the tenants did not have the right to return to a specific apartment, and so long as they could be afforded an apartment with government subsidies in the form of vouchers, the government entities had fulfilled their obligations to the tenants.

This case focuses on the right of the tenants of St. Bernard, through their non-profit corporation, to participate in the planning of the future of St. Bernard as a development project and to themselves rehabilitate the buildings as a limited equity cooperative that would be affordable to the previous tenants of the project and others similarly situated.  Neither the rights

---

[1] The relief at issue in *Anderson* was much broader than plaintiffs seek here, because the *Anderson* plaintiffs sought to prevent demolition of any public housing in New Orlenas.

#9137279 v1

of tenants of a public housing project to participate in the preparation of Five Year and Annual

Plans for the Local Public Housing Agency as it affected their living conditions, nor the right of

tenants to organize themselves to participate in a redevelopment project (the gravamen of the

case at bar) were raised in *Anderson*.

For obvious reasons, the same interim relief was sought in the two cases:  In the face of a

proposed demolition, preservation of the res could be essential part of the resolution of any

number of different claims.  The merits of the claims presented in these two cases are

substantially different, however.  It is therefore misleading to assert, as the government does,

(Notice at p.2), that "the precise claim Plaintiffs assert in their case has been litigated to

conclusion in" *Anderson*.  The denial of interim relief in *Anderson* is certainly not dispositive of,

and should not even be persuasive with respect to, the request for interim relief here, as the

element of likelihood of success on the merits addresses different merits in *Anderson* and this

case.

For the foregoing reasons, the Notice should be disregarded.

Respectfully submitted,

ST. BERNARD HOUSING RECOVERY&
DEVELOPMENT CORPORATION, Inc.;
GLORIA IRVING; STEPHANIE MINGO;
SHIRLEY MORRIS; and CHANTEL YOUNG

By their Attorneys,


_____/s/ Saul A. Schapiro_____
Saul A. Schapiro, Esq., BBO No. 444820
(Motion for *pro hac vice* pending)
ROSENBERG & SCHAPIRO, P.C.
44 School Street, Suite 800
Boston, MA 02108
Phone: (617) 723-7440
Fax: (617) 723-8849

-3-

sschapiro@rosen-schap.com


      /s/ Charles H. Carpenter
Charles H. Carpenter, Esq. (DC Bar #432004)
William J. Bethune, Esq. (DC Bar #66696)
PEPPER HAMILTON, LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005
Phone: (202) 220-1203
Fax: (202) 478-2118
bethunew@pepperlaw.com


William Quigley, Esq.
Loyola University New Orleans
7214 St. Charles Avenue, Campus Box 902
New Orleans, LA 70118
Phone (504) 861-2709
Fax:   (504) 861-5440
duprestars@yahoo.com


Tracie L. Washington, Esq.
THE LOUISIANA JUSTICE INSTITUTE
1631 Elysian Fields Avenue
New Orleans, LA 70117
Phone: (504) 872-9134
Fax: (504) 872-9878


Dated:  December 12, 2007

#9137279 v1