UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ST. BERNARD HOUSING RECOVERY & DEVELOPMENT CORPORATION, INC, <u>et al.</u>, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 07-2231 (RWR) |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <u>et al.</u>, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Heather Phillips as counsel of record for Federal Defendants HUD, Secretary Jackson, and Assistant Secretary Cabreras, in the above-captioned case.

Respectfully submitted,

_____/s/_____
HEATHER PHILLIPS
Trial Attorney
Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7222
Washington, DC  200001
202-616-0679