UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. BERNARD HOUSING RECOVERY & DEVELOPMENT CORPORATION, INC., GLORIA IRVING, STEPHANIE MINGO, SHIRLEY MORRIS, AND CHANTEL YOUNG | * * * * * * * |
| Plaintiffs, | * CIVIL ACTION * |
| VERSUS | * NO. 1:07-CV-02231 * |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HOUSING AUTHORITY OF NEW ORLEANS, ALPHONSO JACKSON, ORLANDO CABRERA, C. DONALD BABERS, AND KAREN CATO-TURNER | * * * * * * |
| Defendants, | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, the undersigned respectfully moves for the admission of Rachel W. Wisdom, Ashlee M. Robinson, and Heather S. Lonian, of Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130, for purposes of appearing as co-counsel on behalf of defendants the Housing Authority of New Orleans, C.

903864v.1

- 2 -

Donald Babers and Karen Cato-Turner, in the above-styled case only.  Attached are the required affidavits by Rachel W. Wisdom, Ashlee M. Robinson, and Heather S. Lonian.

In further support of this motion, it is hereby designated that I am a member of the bar of this Court and maintain an office in the District of Columbia for the practice of law.

Dated:  December 13, 2007.

Respectfully submitted,

/s/  Thomas M. Henry
Julie McEvoy
*jmcevoy@jonesday.com*
Thomas M. Henry (Bar No. 479001)
*tmhenry@jonesday.com*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Telephone:  (202) 879-5442
Facsimile:   (202) 626-1700

Attorneys for Housing Authority of New Orleans, C. Donald Babers, and Karen Cato-Turner

# **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion to Appear *Pro Hac Vice* has been served upon all counsel of record through the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 13th day of December, 2007.

/s/  Thomas M. Henry

903864v.1

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ST. BERNARD HOUSING RECOVERY & DEVELOPMENT CORPORATION, INC., GLORIA IRVING, STEPHANIE MINGO, SHIRLEY MORRIS, AND CHANTEL YOUNG | * * * * * | CIVIL ACTION NO. 1:07-CV-02231 |
| Plaintiffs, | * * | |
| VERSUS | * * | |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HOUSING AUTHORITY OF NEW ORLEANS, ALPHONSO JACKSON, ORLANDO CABRERA, C. DONALD BABERS, AND KAREN CATO-TURNER | * * * * * * | |
| Defendants, | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF ORLEANS

   BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified in and for the Parish of Orleans, State of Louisiana, personally came and appeared:

ASHLEE MEGAN ROBINSON

who, after being duly sworn, did depose and state the following:

903866v.1

1.

My name is Ashlee Megan Robinson.

2.

I am an attorney with Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana, 504-593-0929.

3.

I am a member in good standing of the bars of the State of Louisiana, the United States District Court for the Eastern District of Louisiana, the Middle District of Louisiana and the Western District of Louisiana, and the United States Court of Appeals for the Fifth Circuit.

4.

I have not been disciplined by any bar.

5.

I have not been admitted *pro hac vice* to this Court within t he last two years.

6.

I do not engage in the practice of law from an office located in the District of Columbia.

_____
Ashlee Megan Robinson

Sworn to and subscribed before me on
this 13th day of December, 2007.

_____
Notary Public

Mary S. Bubbett
State of Louisiana - Bar No. 29110
My commission is issued for life

- 2 -

903866v.1

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. BERNARD HOUSING RECOVERY & DEVELOPMENT CORPORATION, INC., GLORIA IRVING, STEPHANIE MINGO, SHIRLEY MORRIS, AND CHANTEL YOUNG<br><br>Plaintiffs,<br><br>VERSUS<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HOUSING AUTHORITY OF NEW ORLEANS, ALPHONSO JACKSON, ORLANDO CABRERA, C. DONALD BABERS, AND KAREN CATO-TURNER<br><br>Defendants, | CIVIL ACTION<br><br>NO. 1:07-CV-02231 |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

      BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified in and for the Parish of Orleans, State of Louisiana, personally came and appeared:

HEATHER S. LONIAN

who, after being duly sworn, did depose and state the following:

903865v.1

1.

My name is Heather S. Lonian.

2.

I am an attorney with Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana, 504-593-0951.

3.

I am a member in good standing of the bars of the State of Louisiana, the United States District Court for the Eastern District of Louisiana, the Middle District of Louisiana and the Western District of Louisiana, and the United States Court of Appeals for the Fifth Circuit.

4.

I have not been disciplined by any bar.

5.

I have not been admitted *pro hac vice* to this Court within t he last two years.

6.

I do not engage in the practice of law from an office located in the District of Columbia.

_____
Heather S. Lonian

Sworn to and subscribed before me on
this __13th__ day of December, 2007,

_____
Notary Public

**Mary S. Bubbett**
State of Louisiana - Bar No. 29110
My commission is issued for life

- 2 -

903865v.1

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ST. BERNARD HOUSING RECOVERY & DEVELOPMENT CORPORATION, INC., GLORIA IRVING, STEPHANIE MINGO, SHIRLEY MORRIS, AND CHANTEL YOUNG | * * * * * | CIVIL ACTION<br><br>NO. 1:07-CV-02231 |
| Plaintiffs, | * * | |
| VERSUS | * * | |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HOUSING AUTHORITY OF NEW ORLEANS, ALPHONSO JACKSON, ORLANDO CABRERA, C. DONALD BABERS, AND KAREN CATO-TURNER | * * * * * * | |
| Defendants, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified in and for the Parish of Orleans, State of Louisiana, personally came and appeared:

RACHEL WENDT WISDOM

who, after being duly sworn, did depose and state the following:

903849v.1

- 2 -

1.

My name is Rachel Wendt Wisdom.

2.

I am an attorney with Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana, 504-593-0911.

3.

I am a member in good standing of the bars of the State of Louisiana, the United States District Court for the Eastern District of Louisiana, the Middle District of Louisiana and the Western District of Louisiana, and the United States Court of Appeals for the Fifth Circuit.

4.

I have not been disciplined by any bar.

5.

I have not been admitted *pro hac vice* to this Court within t he last two years.

6.

I do not engage in the practice of law from an office located in the District of Columbia.

_____
Rachel Wendt Wisdom

Sworn to and subscribed before me on this 13th day of December, 2007.

_____
Notary Public

Mary S. Bubbett
State of Louisiana - Bar No. 29110
My commission is issued for life

903849v.1

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ST. BERNARD HOUSING RECOVERY & DEVELOPMENT CORPORATION, INC., GLORIA IRVING, STEPHANIE MINGO, SHIRLEY MORRIS, AND CHANTEL YOUNG | * * * * * * * | |
| Plaintiffs, | * * | CIVIL ACTION |
| VERSUS | * * | NO. 1:07-CV-02231 |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HOUSING AUTHORITY OF NEW ORLEANS, ALPHONSO JACKSON, ORLANDO CABRERA, C. DONALD BABERS, AND KAREN CATO-TURNER | * * * * * * | |
| Defendants, | * | |

**O R D E R**

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This case has come before the Court upon the application of Rachel W. Wisdom, Ashlee M. Robinson, and Heather S. Lonian, counsel for defendants the Housing Authority of New Orleans, C. Donald Babers, and Karen Cato-Turner, for permission to appear and participate *pro hac vice* in the above-styled case.

903870v.1

- 2 -

Being fully advised, the Court **ORDERS, ADJUDGES AND DECREES** that said motion be hereby granted.

**DONE** and **ORDERED** in chambers at the United States District Court for the District of Columbia, this \_\_\_\_ day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE