UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ST. BERNARD HOUSING RECOVERY & DEVELOPMENT CORPORATION, INC**, 7214 St. Charles Avenue, Campus Box 902, New Orleans, LA; **GLORIA IRVING**, Fischer Senior Citizen Village, 1805 Thayer Street, New Orleans, LA**; STEPHANIE MINGO**, Iberville, 1594 ½ Conti, #E, New Orleans, LA; **SHIRLEY MORRIS**, 207 Marais Street, New Orleans, LA; and **CHANTEL YOUNG**, 207 Marais Street, New Orleans, LA<br><br>                        Plaintiffs,<br><br>         v.<br><br>**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**, 451 7th Street, S.W., Washington, D.C.  20410; **HOUSING AUTHORITY OF NEW ORLEANS, c/o U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, AS RECEIVER OF HOUSING AUTHORITY OF NEW ORLEANS,** 451 7th Street, S.W., Washington, D.C.  20410; **ALPHONSO JACKSON,** Secretary of U.S. Department of Housing and Urban Development, 451 7th Street, S.W., Washington, D.C.  20410; **ORLANDO CABRERA**, Assistant Secretary of  U.S. Department of Housing and Urban Development, 451 7th Street, S.W., Washington, D.C.  20410; **C. DONALD BABERS**, Board of Commissioners Housing Authority of Authority of New Orleans, 801 Cherry Street, Ft. Worth, TX 76102; and **KAREN CATO-TURNER**, Executive Administrator, Housing Authority of New Orleans, 909 SE 1st Avenue, Miami, Florida 33131,<br><br>                        Defendants. | Civil Action No.: 07-2231 (RWR) |

NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for the following three Federal defendants in the above-captioned case: (1) U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, 451 7th Street, S.W., Washington, D.C. 20410; (2) ALPHONSO JACKSON, Secretary of U.S. Department of Housing and Urban Development, 451 7th Street, S.W., Washington, D.C. 20410; and (3) ORLANDO CABRERA, Assistant Secretary of U.S. Department of Housing and Urban Development, 451 7th Street, S.W., Washington, D.C. 20410;

.

                                              ____/s/_____
                                              JOHN G. INTERRANTE
                                              PA Bar # 61373
                                              Assistant United States Attorney
                                              Civil Division, E-4806
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 514-7220
                                              (202) 514-8780 (fax)
                                              John.Interrante@usdoj.gov