IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. BERNARD HOUSING<br>RECOVERY & DEVELOPMENT<br>CORPORATION, et al., <br><br>       Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING<br>& URBAN DEVELOPMENT, et al.,<br><br>       Defendants. | Civil Action No. 1:07-cv-02231 (RWR) |

## NOTICE OF APPEARANCE

The Clerk of Court is respectfully requested to enter the appearance of Daniel Riess as counsel of record for Defendants United States Department of Housing and Urban Development ("HUD"), HUD Secretary Alphonso Jackson, and HUD Assistant Secretary Orlando Cabreras (collectively, "Federal Defendants"), in the above-captioned case.

Dated: December 13, 2007        Respectfully submitted,

                                            JEFFREY S. BUCHOLTZ
                                            Acting Assistant Attorney General

                                            JEFFREY A. TAYLOR, D.C. Bar # 498610
                                            United States Attorney
                                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                                            Assistant United States Attorney
                                            JOHN G. INTERRANTE
                                            PA Bar # 61373
                                            Assistant United States Attorney

    /s/ Daniel Riess
MICHAEL SITCOV
HEATHER PHILLIPS
DANIEL RIESS
VARU CHILAKAMARRI
LESLEY FARBY
Attorneys
United States Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: daniel.riess@usdoj.gov
*Attorneys for Federal Defendants*