IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. BERNARD HOUSING RECOVERY & DEVELOPMENT CORPORATION, Inc., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U. S DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al.,<br><br>    Defendants. | Civil Action No.<br><br>1:07-cv-02231 |

## TEMPORARY RESTRAINING ORDER

This cause came before the Court upon the Motion For Temporary Restraining Order filed by Plaintiffs, and upon consideration of the same and of Plaintiff's Verified Complaint, supporting Declaration and exhibits, and it appearing to the Court that Defendants have been given notice of the application for the Order and have had an opportunity to respond, and the Court having considered the arguments of counsel at the hearing on December 14, 2007, and it further appearing that there are good grounds for granting the Motion and that Plaintiffs may suffer immediate and irreparable injury as the result of Defendants' proceeding with their plan to demolish the St. Bernard public housing project in the City of New Orleans and the balance of harms and the public interest weigh in favor of the relief sought, it is by the Court this 14th day of December, 2007

ORDERED that the Motion for Temporary Restraining Order be and the same is hereby GRANTED and that Defendants and each of them, and their respective officers, agents, servants, employees and attorneys, and other persons acting in concert with them, be and they are

#9129673 v1

restrained and stayed from commen~~c~~ing or proceeding with the demolition of the St Bernard housing project ~~pending further Order of the Court~~ through 11:59 p.m. on Wednesday, December 19, 2007; and it is

FURTHER ORDERED that the requirement that Plaintiffs give security to pay the costs and damages sustained by any party found to have been wrongfully restrained is waived~~, and it is~~.

~~FURTHER ORDERED that a hearing on Plaintiffs' motion for preliminary injunction will be held on _____, ___, beginning at _____ in Court Room No. _____, of the United States District Court for the District of Columbia and this Order shall remain in full force and effect until dissolved by law or until further Order of the Court.~~

*[signature]*
United States District Judge

Dated: 12/14/07
Effective at 2:25 p.m.