IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. BERNARD HOUSING ) <br> RECOVERY & DEVELOPMENT ) <br> CORPORATION, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HOUSING ) <br> & URBAN DEVELOPMENT, et al., ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:07-cv-02231 (RWR) |

~~PROPOSED~~ ORDER

Upon consideration of the Federal Defendants' Motion to Dismiss, or in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404, any opposition and reply briefs thereto, and the applicable law, it is hereby ORDERED that the motion be, and hereby is, GRANTED **IN PART, for the reasons stated on the record in open court.** It is further

~~ORDERED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.~~

~~[alternatively,]~~ ORDERED that the present action is hereby transferred to the United States District Court for the Eastern District of Louisiana. **The Clerk is directed to transmit the file and docket FORTHWITH.**

Date: 12-14-07

/s/ Richard W. Roberts
Richard W. Roberts
United States District Judge